**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PETROF, SPOL. S.R.O.**, a Czech Republic corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 07 C 7218 ) |
| **GENEVA INTERNATIONAL CORPORATION,** | ) Judge Elaine E. Bucklo ) ) Magistrate Judge Arlander Keys |
| Defendant. | ) ) ) |

## NOTICE OF FILING

TO:   Daniel P. Hogan   dhogan@mccabehogan.com

    PLEASE TAKE NOTICE that on Wednesday, January 30, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S ANSWER TO PLAINTIFF'S APPLICATION TO CONFIRM FOREIGN ARBITRATION AWARD,** a copy of which is hereby served upon you.

Dated:  January 30, 2008

Respectfully submitted,

**GENEVA INTERNATIONAL CORPORATION,** Defendant

By: /s/ Robin J. Elowe

Jeffrey T. Gilbert (Bar No. 3128514)
Matthew J. O'Hara (Bar No. 6237795)
Robin J. Elowe (Bar No. 6279860)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Phone:  312.207.1000
Fax:  312.207.6400
relowe@reedsmith.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2008, I electronically filed the foregoing **Notice of Filing** with the Clerk of the Court using the CM/ECF system, which will transmit notification of such filing to the following counsel for Plaintiff.

Daniel P. Hogan
McCabe & Hogan, P.C.
19 South Bothwell Street, Suite 2000
Palatine, IL  60067
dhogan@mccabehogan.com

    /s/ Robin J. Elowe

REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Phone:  312.207.1000
Fax:  312.207.6400
relowe@reedsmith.com

2155818_1