# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:  07 cv 7218
                                                           Judge Elaine E. Bucklo

PETROF, SPOL. S.R.O., a Czech Republic Corporation,

        Plaintiff,

v.

GENEVA INTERNATIONAL CORPORATION,

        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GENEVA INTERNATIONAL CORPORATION

| |
|---|
| NAME (Type or print) <br> ROBIN J. ELOWE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Robin J. Elowe |
| FIRM <br> REED SMITH LLP |
| STREET ADDRESS <br> 10 SOUTH WACKER DRIVE, 40TH FLOOR |
| CITY/STATE/ZIP <br> CHICAGO, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279860 | (312) 207-2444 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ■ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐